No. 13,228.

THIMMIG *v.* CLEAVE.
(18 P. [2d] 1118)

Decided January 7, 1933.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. REED BABCOCK, for plaintiff in error.

No appearance for defendant in error.